Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Osias Torion

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSIAS TORION,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX, INC., ET AL.,<br><br>    Defendants. | Case No.: 4:17-cv-00422-PJH<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Osias Torion and defendant Equifax, Inc. that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER -1-

DATED: June 14, 2017            **Sagaria Law, P.C.**

                    By:    */s/ Elliot Gale*
                           Elliot Gale
                           Attorney for Plaintiff Osias Torion


DATED: June 14, 2017            **Nokes & Quinn, APC**

                    By:    */s/ Thomas P. Quinn, Jr.*
                           Thomas P. Quinn, Jr.
                           Attorney for Defendant Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

                                        _____
                                        Hon. Phyllis J. Hamilton
                                        UNITED STATES DISTRICT JUDGE